IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE J. MCDONALD,<br><br>  Plaintiff,<br><br>vs.<br><br>LUCAS T. MAUE, TIM VEATH, MIHN SCOTT, LT. MENARD, ADJUSTMENT COMMITTEE, M. ATCHINSON, S.A. GODINEZ, DR. SHEPARD, MENARD HEALTH CARE SERVICES UNIT, and ILLINOIS DEPARTMENT OF CORRECTIONS,<br><br>  Defendants. | Case No. 12-cv-1183-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** March 22, 2013          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                   **s/Deborah Agans, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
         **J. PHIL GILBERT
         DISTRICT JUDGE**