IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAURICE J. MCDONALD,

    Plaintiff,

vs.

LUCAS T. MAUE, TIM VEATH, MIHN SCOTT, LT. MENARD, ADJUSTMENT COMMITTEE, M. ATCHINSON, S.A. GODINEZ, DR. SHEPARD, MENARD HEALTH CARE SERVICES UNIT, and ILLINOIS DEPARTMENT OF CORRECTIONS,

    Defendants.

Case No. 12-cv-1183-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** March 22, 2013    **NANCY J. ROSENSTENGEL, Clerk of Court**

    **s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**